November 5, 2023

Honorable Judge Moorer
Southern District of Alabama
113 St. Joseph Street
Mobile, Alabama 36602

FILED NOV 13 '23 PM 4:15 USDCALS

Dear Judge Moorer,

On June 2, 2023, I was sentenced to 48 months for Conspiracy to Commit an offence in the Southern District of Alabama Federal District Court. I arrived at FCI-Waseca in Waseca, Minnesota on July 5, 2023 to serve my sentence.

On November 1, 2023, The United States Sentencing Commission approved the implementation of legislation and sentence relief for zero criminal history point offenders. I qualify under the guidelines set forth in 18 U.S.C. 3582 (c)(2), part A of Amendment 821, 4C1.1. I may qualify for another type of incarceration under 28 U.S.C. 994(j), 5C1.1.

I am currently on all available First Step Act waiting lists offered at FCI-Waseca, however, waiting lists are lengthy due to over-population. I have completed Adult Continuing Education classes including Stress Management, Cross Stitching, Stretching to Stay Young, U.S. History, Geography, Economics, Basic Math, Self Empowerment, Outdoor Recreation Design, Cell Biology and U.S. Government. I will continue to actively program to reduce my recidivism. I am employed as a Librarian in the Recreation Department.

To rehabilitate my mental health, I meet with a psychologist every few weeks. I will begin the Residential Drug Abuse Program this month and will continue to better the future for myself and children every day during this 9 month program.
During my incarceration, I have maintained perfectly clear conduct with no sanctions. While at FCI-Waseca, I have been paying my restitution and current on the FRP payment plan.

I spend my productive conduct time reading, physical fitness, attending church and in person Bible studies including Max Lucado and Andy Stanley. I also am enrolled in Bible College, American Bible Academy.

My release plan includes returning to my husband's family in Nebraska, maintain my relationship with my children (ages 7 and 13), attend church at Glow Church in Ralston, Nebraska and continue mental health treatment. Your decision to reduce my sentence under these new guidelines will allow me to return to Nebraska with my family, actively raise my children, repay my restitution and live as a productive, law abiding citizen.

Thank you for your consideration.

Sincerely,
Jenna Bottorff
Jenna Bottorff

```
WASAM  540-23          SENTENCE MONITORING              07-23-2023
PAGE 001        *       COMPUTATION DATA          *      08:59:45
                         AS OF 07-23-2023

REGNO..: 14201-510 NAME: BOTTORFF, JENNA


FBI NO...........: MWEM56LN3           DATE OF BIRTH: 11-16-1984  AGE:  38
ARS1.............: WAS/A-DES
UNIT.............: A/B/E GP            QUARTERS.....: A06-007U
DETAINERS........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 08-04-2025

THE INMATE IS PROJECTED FOR RELEASE: 12-27-2025 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: ALABAMA, SOUTHERN DISTRICT
DOCKET NUMBER....................: 1:22-CR-00020-004
JUDGE............................: MOORER
DATE SENTENCED/PROBATION IMPOSED: 06-02-2023
DATE COMMITTED...................: 07-05-2023
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $7,295,533.23

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  059     18:371 CONSPIRACY
OFF/CHG: 18:371 CONSPIRACY TO COMMIT AN OFFENSE, TO WIT: MALICIOUS
         DESTRUCTION BY FIRE OF REAL PROPERTY AND PERSONAL PROPERTY
         USED IN AND AFFECTING INTERSTATE AND FOREIGN COMMERCE

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    48 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 06-11-2021




G0002         MORE PAGES TO FOLLOW . . .
```

Name: Jenna Bottorff
Reg#: 14201510    Unit: A 4-1U

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

SAINT PAUL MN 550
6 NOV 2023 PM 4 L

⇔14201-510⇔
Southern District Of Alabama
113 Saint Joseph ST
Judge Moorer
Mobile, AL 36602
United States

36602-360699